# EXHIBIT C

70552392.v5

**FOR SETTLEMENT PURPOSES ONLY – PROTECTED BY FRE 408**



101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

DIANNA G. EL HIOUM
Direct No:  212.878.7967
E-mail: delhioum@foxrothschild.com

May 26, 2020

Christopher Woods
President
True Position, Inc.
1010 West Kershaw Street
Ogden, UT 84401

VIA E-MAIL: chris@crosscanyonarms.com
*Confirmation Copy Via Certified Mail,
Return Receipt Requested*

Re:     Notice of Termination

Dear Mr. Woods:

As you know, a dispute over the Exclusive License Agreement ("the Agreement") effective January 22, 2019 between Hill & Mac Gunworks, LLC ("HMG") and True Position, Inc. ("True Position") has been ongoing between HMG and True Position for several months, including discussions between Senior Executives of the two respective companies (e.g., you and HMG's co-owner, Hill Redwine) that began on or before January 13, 2020, as well as a recent mediation that was conducted over two days – May 5, 2020 and May 14, 2020. Yet, the matter remains unresolved.

Accordingly, pursuant to Section 8.3 of the Agreement, this letter serves as formal Notice of Termination for Failure to Timely Resolve Dispute; and the Agreement shall terminate ten (10) days after the mailing date of the confirmation copy of this letter.

We remain open to continuing settlement discussions following termination.

Very truly yours,

*[signature]*

Dianna G. El Hioum

cc:     Hill Redwine
        Mac Steil
        Steven D. Henry (shenry@foxrothschild.com)
        Matthew G. Koyle (matthew@koylelaw.com)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington