AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia ▼

| | | |
|---|---|---|
| HILL & MAC GUNWORKS, LLC <br><br> *Plaintiff(s)* <br> v. <br> TRUE POSITION, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:20-cv-2447-CC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRUE POSITION, INC.
Christopher Woods, Registered Agent
1010 W. Kershaw
Ogden, Utah 84401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven D. Henry, Esq.
Fox Rothschild LLP
999 Peachtree Street, Suite 1500
Atlanta, Georgia 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:   6/11/2020                              s/J. Acker
                                        *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-2447-CC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **TRUE POSITION, INC.**
**Christopher Woods, Registered Agent**
was received by me on *(date)* **06/08/2020**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Shaily Woods (Title Not Provided)**, who is designated by law to accept service of process on behalf of *(name of organization)* **True Position, Inc.** at **1010 W. Kershaw Street, Ogden, UT 84401** on *(date)* **06/11/2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **225.00** for services, for a total of $**225.00** ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: **06/12/2020**

*Server's signature*

**Alan Marsden, Private Process Server**
*Printed name and title*

**6189 W. Butterfield Park Way, Herriman, UT 84096**
*Server's address*

Additional information regarding attempted service, etc:
I served the Summons & Complaint with Exhibits on 6/11/2020 at 3:51 PM.

Description of Service: I walked into True Position Company, Shaily approached me and asked if she can help me. I responded that I'm looking for Christopher Woods. She replied to me that he left for the day and she told me that she is his daughter and is in charge of the office at this time. She stated she was authorized to accept service of legal documents so I served her the papers.

Physical Description of Person Served: White Female, Est. Age: 30, Blonde Hair, 5'3" to 5'6" tall, 100 to 120lbs.