# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **HILL & MAC GUNWORKS, LLC,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION FILE NO. 1:20-CV-02447-CC** |
| **TRUE POSITION, INC.** | |
| **Defendant.** | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:     Hill and Mac Gunworks, LLC

Defendants: True Position, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

112095918.v1

Hill Redwine

Everett Steil

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:	Steven D. Henry
	G. Marshall Kent, Jr.

For Defendants:	David L. Turner
	Dean R. Fuchs
	John Michael Webster (pro hac vice pending)

This 8th day of July, 2020.

**FOX ROTHSCHILD LLP**
999 Peachtree Street NE
Suite 1500                                    */s/ Steven D. Henry*
Atlanta, Georgia 30309          Steven D. Henry
Telephone:  404-962-1000    Georgia Bar No. 348040
Facsimile:  404-962-1200      G. Marshall Kent, Jr.
*shenry@foxrothschild.com*   Georgia Bar No. 415129
*mkent@foxrothschild.com*

                                                          *Attorneys for Plaintiff*

112095918.v1

## **CERTIFICATE OF SERVICE**

The foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

> David L. Turner
> Dean R. Fuchs

This 8th day of July, 2020.

> *s/ Steven D. Henry*
> Steven D. Henry
> Georgia Bar No. 348040