# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HILL & MAC GUNWORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUE POSITION, INC.<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:20-CV-02447-CC |

## PLAINTIFF HILL & MAC GUNWORK, LLC'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT TRUE POSITION, INC.

COMES NOW Plaintiff Hill & Mac Gunworks, LLC ("HMG") and, pursuant to Fed. R. Civ. Pro. 65, hereby files its Motion for Preliminary Injunction Against Defendant True Position, Inc., which is supported by the sworn affidavit of Everett "Mac" Steil.

This 20th day of July, 2020.

**FOX ROTHSCHILD LLP**
999 Peachtree Street
Suite 1500
Atlanta, GA 30309
Telephone: 404-962-1000
Facsimile: 404-962-1200
*shenry@foxrothschild.com*
*mkent@foxrothschild.com*

*/s/ Steven D. Henry*
Steven D. Henry
Georgia Bar No. 348040
G. Marshall Kent, Jr.
Georgia Bar No. 415129

*Attorneys for Plaintiff Hill & Mac Gunworks, LLC*

# CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to Local Rule 5.1B, NDGa., the foregoing pleading was prepared in Times New Roman, 14 point, was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

John Michael Webster
Bartlett & Webster, LC
5093 South 1500 West
Riverdale, UT 84405

Dean R. Fuchs
Schulten Ward Turner & Weiss LLP
Suite 2700
260 Peachtree Street, N.W.
Atlanta, GA 30303

David Lawrence Turner
Schulten Ward Turner & Weiss LLP
Suite 2700
260 Peachtree Street, N.W.
Atlanta, GA 30303

This 20th day of July, 2020.

**FOX ROTHSCHILD LLP**
999 Peachtree Street
Suite 1500
Atlanta, GA  30309
Telephone:  404-962-1000
Facsimile:   404-962-1200
shenry@foxrothschild.com
mkent@foxrothschild.com

*/s/ Steven D. Henry*
Steven D. Henry
Georgia Bar No. 348040
G. Marshall Kent, Jr.
Georgia Bar No. 415129

*Attorneys for Plaintiff Hill & Mac Gunworks, LLC*