# EXHIBIT A

## HMG PROPERTY

| Part Name | Part # | Part Name | Part # |
|---|---|---|---|
| Main Rivet | RS-02004 | Rear Sight Flat Spring | RS-15041 |
| Trunnion Rivet | RS-02017 | Extractor Spring | RS-05009-1 |
| Ejector Rivet | RS-02031 | Mag Catch Spring | RS-02009-1 |
| Gas Block | RS-04003 | Ejector | RS-02011 |
| Bolt Bushing (raw) | RS-02018 | HK Large Pin | RS-13005 |
| Dust Cover | RS-02021 | Standard Stacking Swivel (new style) | RS-05005-2 |
| HK Trigger Pack | RS-01015-1 | Firing Pin | RS-05015 |
| Standard Stacking Swivel (old style) | RS-05005-1 | Wood Grip Panel left | RS-01006 |
| Sling Loop | RS-04006-1 | Wood Grip Panel right | RS-01007 |
| Barrel Nut | RS-05003-1 | Magazine Release | RS-02005 |
| Recoil Spring (raw and finished) | RS-13006-1 | Dust Cover Shaft | RS-02022 |
| 1/2x28 Thread Protector (finished) | RS-05005-1 | Dust Cover Impingement | RS-02025 |
| 5/8x24 Thread Protector (raw and finished) | RS-05021 | Dust Cover Shaft Bushing | RS-02056-1 |
| Receiver Flat |  | Striker | RS-02029 |
| Butt Cap Standard | RS-13004-1 | Rear Sight | RS-15007 |
| Underfold cap | RS-19004-1 | Front Sight Blade | RS-03003 |
| AR Cap | RS-18002 | Dust Cover Post | RS-02027 |
| Pistol Cap | RS-14001-1 | Rear Sight Slider | RS-15003 |
| Rear Sight Base | RS-015002 | Rear Sight Plunger | RS-15004 |
| Front Sight Post | RS-03002-1 | Mag Retention Block | RS-02003-3 |
| Rear Sight Riser | RS-17002-1 | Trunnion (complete and incomplete) | RS-02010-3 |
| Barrel Nut Tool | RS-16001-1 | Mag Catch Post | RS-02007-2 |
| Right Grip (raw and finished) | RS-01017-1 | Mag Arm | RS-02008-1 |
| Left Grip (raw and finished) | RS-01006-1 | Bolt Carrier | RS-02028-3 |
| Buttstock | RS-13001-1 | Standard Gas Piston | RS-05012-3 |
| Dust Cover spring | RS-02023 | Charging Handle | RS-05013-3 |
| Front Grip | RS-00016-1 | Gas Port | RS-04002-2 |
| Rear Sight Plunger Spring | RS-15015-1 | Standard Gas Tube | RS-05004-1 |
| Semi Disco Spring | RS-01018 | Extractor 7.62x39 | RS-07008-5 |
| Fire Control Housing | RS-01001-1 | Extractor 7.92x33 | RS-08008-5 |
| Front Sight Hood | RS-03004 | Extractor 223/300 | RS-05008-5 |
| Rear Sight Riser Rivet | RS-17003 | Bolt 223/300 | RS-05007-5 |
| **Part Name** | **Part #** | **Raw Material** | **Part #** |
| Bolt 7.62x39 | RS-07007-4 | Bolt Carrier Extrusion – StG | 0-RM015-1 |
| Bolt 7.92x33 | RS-08006-4 | Trunnion Extrusion – StG | 0-RM016-1 |

112400379.v1

| | |
|---|---|
| STG Barrel .223 | RS-05002-6 |
| STG Barrel 300 BLK | RS-06002-3 |
| STG Barrel 7.62x39 | RS-07002-3 |
| STG Barrel 7.92x33 | RS-08002-3 |
| DC Impingement Spring | RS-02026 |
| Mag Catch Screw | RS-02006 |
| Dust Cover Shaft E Clip | RS-02024 |
| DC Detent Retention Pin | RS-02030 |
| Grip Panel Screw | RS-01009 |
| Grip Panel Nut | RS-01008 |
| Butt Stock Screw | RS-13009 |
| Striker Retention Pin | RS-02040 |
| Piston Rotation Pin | RS-02042 |
| Firing Pin Retention Pin | RS-05016 |
| Extractor Retention Pin | RS-02043 |
| Rear Sight Screw | RS-15012 |
| Rear Sight Pivot Screw | RS-15009 |
| Rear Sight Acorn Nut | RS-15010 |
| Barrel Alignment Pin | RS-05026 |
| Gas Block Screws | RS-03005 |
| Gas Block Retention Pin | RS-04005 |
| Front Sight Retaining Pin | RS-03006 |
| Front Post Screw | RS-03009 |

| | |
|---|---|
| Bolt Extrusion – StG | 0-RM017-1 |

| Machinery | Part # |
|---|---|
| 100 Ton Press | 0-AST33-1 |
| 20 Ton AMP Press | A-AST39-1 |
| "Horn Style" SlimLine Press Resistance Welder | 0-AST05-1 |
| Koolant Koolers Recirculating Water Chiller, JHI-1000-M | 0-AST07-1 |
| Rivet Machine | |

112400379.v1