# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **HILL & MAC GUNWORKS, LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**TRUE POSITION, INC.**<br><br>    **Defendant.** | **CIVIL ACTION FILE NO.**<br>**1:20-CV-02447-CC** |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this filing complies with the font and font size requirements of LR 5.1B and that I have this date served the within and foregoing **DEFENDANT TRUE POSITION, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF HILL & MAC GUNWORKS, LLC** by E-Mail as follows:

Steven D. Henry
G. Marshall Kent, Jr.
FOX ROTSHCHILD LLP
999 Peachtree Street
Suite 1500
Atlanta, GA 30309

Dianna El Hioum
FOX ROTHSCHILD LLP
101 Park Ave.
17th Floor
New York, NY 10178

This 6th day of August, 2020.

                */s/ Dean R. Fuchs*
                Dean R. Fuchs
                Georgia Bar No. 279170

S<small>CHULTEN</small> W<small>ARD</small> T<small>URNER</small> & W<small>EISS</small>, LLP
260 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303
(404) 688-6800 telephone
d.fuchs@swtwlaw.com                    Counsel for Defendant