IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HILL & MAC GUNWORKS, LLC | CIVIL ACTION NO. |
| vs | 1:20-cv-2447-CC |
| TRUE POSITION, INC., | |

O R D E R

The undersigned hereby RECUSES himself from the above-styled action. The Clerk is directed to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

SO ORDERED this __6th__ day of __August__ 2020.

*s/ CLARENCE COOPER*
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE