# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-02447-SDG
## Hill & Mac Gunworks, LLC v. True Position, Inc.
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 09/02/2020.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 12:50 P.M.   COURT REPORTER: Alicia Bagley
TIME IN COURT: 2:00   DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Dianna El Hioum representing Hill & Mac Gunworks, LLC<br>Dean Fuchs representing True Position, Inc.<br>G. Kent representing Hill & Mac Gunworks, LLC<br>David Turner representing True Position, Inc.<br>John Webster representing True Position, Inc.<br>** Nicholas Corser representing Hill & Mac Gunworks, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [17]Motion for Preliminary Injunction GRANTED<br>[38]Motion for Leave to File GRANTED |
| MINUTE TEXT: | Hearing held on Plaintiff's Motion for Preliminary Injunction [ECF 17]. The Court GRANTED Plaintiff's Motion for Leave to File Late Reply [ECF 38]. Witnesses Everett "Mac" Steil and Chris Woods sworn and testified. Plaintiff's exhibit numbers 1 and 5 admitted. The Court GRANTED Plaintiff's Motion for Preliminary Injunction. Defendant is ORDERED to provide Plaintiff with access to its warehouse located in Utah to retrieve all machines, tooling, extrusions, and parts listed in Plaintiff's Exhibit 1. Plaintiff is ORDERED to bear all cost for packaging and retrieving the items. Plaintiff is ORDERED to retrieve the items from the Utah warehouse within 45 days. The Court ORDERED the Plaintiff to post a $25,000 security bond within 45 days. Plaintiff's counsel is ordered to prepare and submit to the Court, after conferring with Defendant's counsel, a proposed order containing undisputed findings of fact and conclusions of law by Wednesday, September 9, 2020. A written order |

|  |  |
|---|---|
|  | will follow. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Plaintiff to be electronically filed with the Clerk's Office. (Temporary Procedures for Electronically Filing Documentary Exhibits Admitted During Video/Telephone Proceedings) |