# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **HILL & MAC GUNWORKS, LLC,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION FILE NO.** <br> **1:20-CV-02447-CC** |
| **TRUE POSITION, INC.,** | |
| **Defendant.** | |

## CONSENT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

COMES NOW Plaintiff Hill & Mac Gunworks, Inc. ("**HMG**"), and with the express consent of Defendant True Position, Inc. ("**TP**") to this action, respectfully requests the honorable Court enter the Consent Confidentiality Order ("**Confidentiality Order**") filed contemporaneously herewith.

HMG believes the Confidentiality Order is necessary and appropriate to protect the confidentiality of certain sensitive information to be produced in the discovery process, including information related to HMG's customer information, trade secrets, and other intellectual property. For the foregoing reasons, and in light of the consent of the parties, HMG respectfully requests that the Court enter the Confidentiality Order.

Respectfully submitted, this 2nd day of October, 2020.

          *s/ G. Marshall Kent, Jr.*
          G. Marshall Kent, Jr.
          Georgia Bar No. 415129
          Nicholas B. Corser
          Georgia Bar No. 290744
          **FOX ROTHSCHILD LLP**
          999 Peachtree Street, Suite 1500
          Atlanta, GA  30309
          Telephone:  404-962-1000
          Facsimile:   404-962-1200
          mkent@foxrothschild.com
          ncorser@foxrothschild.com

          *Attorneys for Plaintiff Hill & Mac Gunworks, LLC*

CONSENTED TO:
*s/ Dean R. Fuchs*
Dean R. Fuchs
Georgia Bar No. 279170
David L. Turner
Georgia Bar No. 004530
**SCHULTEN WARD TURNER & WEISS LLP**
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
Telephone: 404-688-6800
d.fuchs@swtwlaw.com
d.turner@swtwlaw.com

John M. Webster
*Admitted Pro Hac Vice*
**BARTLETT & WEBSTER**
5093 South 1500 West
Riverdale, UT 84405
Telephone: 801-475-4506
jmwebsterlaw@hotmail.com
jmwebsterlaw@gmail.com

*AttorneyS for Defendant True Position, Inc.*