# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-02447-SDG
## Hill & Mac Gunworks, LLC v. True Position, Inc.
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Chambers on 01/06/2021.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:40 P.M.　　COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:40　　DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Dianna El Hioum representing Hill & Mac Gunworks, LLC
Dean Fuchs representing True Position, Inc.
G. Kent representing Hill & Mac Gunworks, LLC
David Turner representing True Position, Inc.

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: Teleconference held regarding discovery dispute submitted by Defendant to the Court pursuant to its Standing Order. Defendant's request to compel a response to Interrogatory No. 5 is GRANTED in PART. Plaintiff is ORDERED to provide a complete response to Interrogatory No. 5, except for the customer identities. Defendant's request to compel a response to Interrogatory No. 12 is DENIED WITHOUT PREJUDICE. Defendant is GRANTED leave to serve a substitute interrogatory concerning mitigation. Defendant's request to compel a response to Interrogatory No. 13 is GRANTED. Defendant's Request for Production No. 17 is GRANTED, with the exception that the identity of the customers shall be withheld. Defendant's Request for Production No. 18 is GRANTED. The Parties are ORDERED to confer concerning any outstanding requests in Defendant's second set of Interrogatories. Absent agreement among counsel otherwise, the deadline for Plaintiff to supplement its discovery responses pursuant to this Order is February 8, 2021. Counsel shall confer concerning the need for any extension of the discovery period and submit their request via email to Chambers.

HEARING STATUS: Hearing Concluded