# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **HILL & MAC GUNWORKS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRUE POSITION, INC.,**<br><br>**Defendant.** | **CIVIL ACTION FILE NO. 1:20-CV-02447-SDG** |

## SECOND JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Hill & Mac Gunworks, LLC ("Plaintiff") and Defendant True Position, Inc. ("Defendant") (collectively, the "Parties") hereby jointly move the Court to extend the deadline for completing discovery and all subsequent deadlines contemplated in the Scheduling Order [Doc. 42], for ninety (90) days. The Parties respectfully show that good cause exists to amend the Scheduling Order as follows:

1. Pursuant to this Court's Scheduling Order [Doc. 42], as amended, the current deadline for the parties to complete discovery is June 9, 2021. In light of their mutual belief that additional time will be needed to complete discovery, the Parties are moving for an extension well in advance of the deadline.

2. The Parties have exchanged and responded to written discovery. Plaintiff has gathered a voluminous number of documents with the help of an outside data collection service, and has devoted significant time, effort, and resources to reviewing, redacting, and organizing its records for production. This process is nearly complete, and Plaintiff is now in position to supplement its production by May 10, 2021. Plaintiff is also in the process of reviewing and assessing the condition of the thousands of parts and components returned to it by Defendant.

Defendant needs additional time to gather, review, and serve its first document production. Defendant, with the assistance of Information Technology personnel, has assembled a preliminary production dataset including emails that contains over 30,000 records. Defendant is in the process of reviewing and tagging those records in accordance with the Confidentiality Agreement previously entered in this case.

3. Following the production of relevant documents, the Parties need sufficient lead time to review the production, and then schedule, prepare for, and attend depositions of key witnesses. The extension will also accommodate the difficulties of scheduling cross-country depositions.

4. As a final note, Nicholas Corser, the principal associate working on this case on behalf of the Plaintiff, is looking forward to the birth of his first child on

April 2, 2021. Mr. Corser is anticipating going on leave to enjoy some time with his soon-to-be-larger family shortly thereafter, and would appreciate having additional time to participate in the discovery process upon his return.

5. In light of the foregoing, the Parties move the Court to extend the deadline to complete discovery ninety (90) days, through and including Tuesday, September 7, 2021, and that subsequent deadlines set forth in the Scheduling Order be similarly extended.

6. The parties have diligently worked this case and they are not requesting this extension for the purposes of delay, but rather to provide an opportunity to complete discovery and hopefully continue their efforts to agree upon a mutually acceptable resolution.

7. The requested extension is unlikely to delay trial of this matter as no civil jury trials are currently being scheduled.

WHEREFORE, the Parties respectfully request the Court to extend the discovery period through an including Tuesday, September 7, 2021, and that subsequent deadlines set forth in the Scheduling Order be similarly extended.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted this 1st day of April, 2021.

| | |
|---|---|
| *s/ G. Marshall Kent, Jr.* | *s/David L. Turner* |
| G. Marshall Kent, Jr. | David L. Turner |
| Georgia Bar No. 415129 | Georgia Bar No. 004530 |
| Nicholas B. Corser | Dean R. Fuchs |
| Georgia Bar No. 290744 | Georgia Bar No. 279170 |
| | |
| FOX ROTHSCHILD LLP | SCHULTEN WARD TURNER & WEISS LLP |
| 999 Peachtree Street, Suite 1500 | 260 Peachtree Street, NW, Suite 2700 |
| Atlanta, Georgia 30309 | Atlanta, GA 30303 |
| Tel: 404-962-1000 | Tel: 404-688-6800 |
| mkent@foxrothschild.com | d.fuchs@swtwlaw.com |
| ncorser@foxrothschild.com | d.turner@swtwlaw.com |
| | |
| *Attorneys for Plaintiff* | John M. Webster |
| | *Admitted Pro Hac Vice* |
| | BARTLETT & WEBSTER |
| | 5093 South 1500 West |
| | Riverdale, UT 84405 |
| | Telephone: 801-475-4506 |
| | jmwebsterlaw@hotmail.com |
| | jmwebsterlaw@gmail.com |
| | |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF COMPLIANCE**

Counsel for Defendant certifies that this document has been prepared in a Times New Roman, 14-point font and otherwise complies with Local Rule 5.1(C), NDGa.

This 1st day of April, 2021.

                                               **FOX ROTHSCHILD LLP**

                                               *s/ G. Marshall Kent, Jr.*
                                               G. Marshall Kent, Jr.
                                               Georgia Bar No. 415129

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, I electronically filed the following **Second Joint Motion to Extend Discovery** upon all counsel via the Court's CM/ECF system, which will automatically serve all counsel of record via email.

                              **FOX ROTHSCHILD LLP**

                              *s/ G. Marshall Kent, Jr.*
                              G. Marshall Kent, Jr.
                              Georgia Bar No. 415129