## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HILL & MAC GUNWORKS, LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 1:20-CV-02447-SDG |
| TRUE POSITION, INC., | |
| Defendant. | |

## [Proposed] ORDER

This matter is before the Court on the parties' Second Joint Motion to Extend Discovery, filed April 1, 2021. For good cause shown, the Court **GRANTS** the motion. The discovery period in this case will close on Tuesday, September 7, 2021. All subsequent deadlines set forth in the scheduling order shall be extended 90 days to accommodate the extended discovery period.

**IT IS SO ORDERED**, this \_\_\_\_ day of April, 2021.

_____
Steven D. Grimberg
United States District Judge

*Jointly Prepared By:*

| | |
|---|---|
| G. Marshall Kent, Jr.<br>Georgia Bar No. 415129<br>Nicholas B. Corser<br>Georgia Bar No. 290744<br>**FOX ROTHSCHILD LLP**<br>999 Peachtree Street, Suite 1500<br>Atlanta, GA  30309<br>Telephone:  404-962-1000<br>Facsimile:   404-962-1200<br>*mkent@foxrothschild.com*<br>*ncorser@foxrothschild.com*<br><br>*Attorneys for Plaintiff Hill & Mac Gunworks, LLC* | David L. Turner<br>Georgia Bar No. 004530<br>Dean R. Fuchs<br>Georgia Bar No. 279170<br>**SCHULTEN WARD TURNER & WEISS LLP**<br>260 Peachtree Street, NW, Suite 2700<br>Atlanta, GA 30303<br>Telephone: 404-688-6800<br>d.fuchs@swtwlaw.com<br>d.turner@swtwlaw.com<br>*Attorneys for Defendant True Position, Inc.*<br><br>John M. Webster<br>*Admitted Pro Hac Vice*<br>**BARTLETT & WEBSTER**<br>5093 South 1500 West<br>Riverdale, UT 84405<br>Telephone: 801-475-4506<br>jmwebsterlaw@hotmail.com<br>jmwebsterlaw@gmail.com<br><br>*Attorney for Defendant True Position, Inc.* |