IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HILL & MAC GUNWORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUE POSITION, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:20-CV-02447-SDG |

## NOTICE OF SETTLEMENT

Plaintiff Hill & Mac Gunworks, LLC and Defendant True Position, Inc. (collectively, the "Parties") hereby respectfully provide notice that the Parties have reached a binding settlement of their claims, subject to the execution of a complete and formalized settlement agreement which remains to be drafted and executed. The Parties anticipate filing a stipulation of dismissal with prejudice within 30 days, once a formal settlement agreement has been executed.

[SIGNATURES ON FOLLOWING PAGE]

134347152.2

Respectfully submitted this 23rd day of May, 2022.

| | |
|---|---|
| */s/ G. Marshall Kent, Jr.* | */s/David L. Turner* |
| G. Marshall Kent, Jr. | David L. Turner |
| Georgia Bar No. 415129 | Georgia Bar No. 004530 |
| Nicholas B. Corser | Dean R. Fuchs |
| Georgia Bar No. 290744 | Georgia Bar No. 279170 |
| | |
| FOX ROTHSCHILD LLP | SCHULTEN WARD TURNER & WEISS LLP |
| 999 Peachtree Street, Suite 1500 | 260 Peachtree Street, NW, Suite 2700 |
| Atlanta, Georgia 30309 | Atlanta, GA 30303 |
| Tel: 404-962-1000 | Tel: 404-688-6800 |
| mkent@foxrothschild.com | d.fuchs@swtwlaw.com |
| ncorser@foxrothschild.com | d.turner@swtwlaw.com |
| | |
| *Attorneys for Plaintiff* | John M. Webster |
| | *Admitted Pro Hac Vice* |
| | BARTLETT & WEBSTER |
| | 5093 South 1500 West |
| | Riverdale, UT 84405 |
| | Telephone: 801-475-4506 |
| | jmwebsterlaw@hotmail.com |
| | jmwebsterlaw@gmail.com |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document has been prepared in a Times New Roman, 14-point font and otherwise complies with Local Rule 5.1(C), NDGa.

This 23rd day of May, 2022.

                                                  **Fox Rothschild LLP**

                                                  */s/ G. Marshall Kent, Jr.*
                                                  G. Marshall Kent, Jr.
                                                  Georgia Bar No. 415129
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was filed using the CM/ECF system, which will automatically electronically serve all counsel of record in this case.

This 23rd day of May, 2022.

*/s/ G. Marshall Kent, Jr.*
G. Marshall Kent, Jr.
Georgia Bar No. 415129

134347152.2